UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONETTE DEHANEY, | : |
| | : CIVIL ACTION NO. 3:11-CV-0616 |
| Petitioner | : |
| | : (Judge Nealon) |
| v. | : (Magistrate Judge Mannion) |
| | : |
| MARY SABOL, et al., | : |
| | : |
| Respondents | : |

## ORDER

**NOW**, THIS 24th DAY OF APRIL, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 8) is **ADOPTED**;

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED as moot**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
United States District Judge

FILED
SCRANTON

APR 24 2012

PER _____
DEPUTY CLERK